STATE OF NEW JERSEY v. ALEXANDER ELLISH.

March 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ALEXANDER ELLISH.

March 16, 1976. Cross-petition for certification denied.

STATE OF NEW JERSEY v. DONNIE WEAVER.

March 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH VASSAU.

March 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WALTER PITKEWICZ.

March 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. RUDOLPH CURRY, JR.

March 16, 1976. Petition for certification denied.